Law Offices of Stephen Civardi, P.C.
Richard C. Obiol ( RCO - 0415)
265 Sunrise Highway, Suite 30
Rockville Centre, NY 11570
(516) 678-9797

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N Y

★ MAY 1 1 2005 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK, CENTRAL ISLIP PART

-----------------------------------------------------------------

DERRICK TRENT and BEVERLY TRENT, his wife,

CV 04 0061

Plaintiffs,

**ORDER OF DISMISSAL**

-against-

KMART HOLDINGS CORPORATION d/b/a KMART d/b/a Big "K", Mark "Doe", Jason "Doe" and "John Doe", the latter Being and intended to be agents, servants and/or employees of the defendant KMART who participated in the attack upon plaintiff described herein, said names being fictitious, their true names being presently being unknown to plaintiff,

WEXLER, J.

ORENSTEIN, J, M.

Defendants.

-----------------------------------------------------------------

Upon the recommendation of Magistrate Judge James Orenstein and the consent of the plaintiff it is hereby,

ORDERED that this action be and the same is hereby dismissed for lack of subject matter jurisdiction pursuant to Rule 12(h)(3) of Federal Rules of Civil Procedure and it is further,

ORDERED that the Federal Civil Rights Cause of Action herein be dismissed without costs.

So ordered

LEONARD D. WEXLER
Sr. Judge, United States District Court

Central Islip, NY
5/11/05